No. 90–345.  DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. *v.* TOWNE.   C. A. 11th Cir.   Motion of re-

spondent for leave to proceed *in forma pauperis* granted. Certiorari denied.